UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| MORGAN POWELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>IDACORP, INC., et al.,<br><br>　　　　　　Defendants. | Case No. CIV 04-249–S-EJL<br><br>ORDER |
| AND CONSOLIDATED ACTION. | Case No. 04-322–S-EJL |

　　　　IN THIS CAUSE, a Stipulation was filed wherein it was stipulated and agreed that Richard H. Greener and Jon T. Simmons of the firm of Greener Banducci Shoemaker be permitted to withdraw as Liaison Counsel for the Plaintiff and the members of the class, and Philip Gordon of Gordon Law Offices be substituted as Liaison Counsel in their place and stead. Local Rule 83.6 governs appearance, substitution, and withdraw of attorneys. Having reviewed the stipulation of the parties and Local Rule 83.6 the Court finds good cause exists to approve the stipulation and grant named counsel for the Plaintiff and class members leave to withdraw and recognize the substitution of counsel for the Plaintiff and class members.

**ORDER**

　　　　Based on the foregoing and being fully advised in the premises, the Court **APPROVES** the stipulation (Dkt. No. 98) and hereby orders as follows:

　　　　1. Richard H. Greener and Jon T. Simmons of the firm of Greener Banducci Shoemaker,

ORDER - Page 1

PA are permitted to withdraw as Liaison Counsel for the Plaintiff and the members of the Class in both of the above numbered causes.  Their withdrawal is effective immediately upon the signing of this Order.

2.  Philip Gordon of the firm of Gordon Law Offices, is substituted in as Liaison Counsel for Plaintiff and the members of the Class in both of the above numbered causes, effective immediately upon the signing of this Order.

3.  The Clerk of the Court is instructed to remove Richard H. Greener and Jon T. Simmons as said counsel for Electronic Case Filing for these consolidated matters, and to name Philip Gordon as Liaison Counsel for Plaintiffs and class members:

> Philip Gordon, ISB #1996
> **GORDON LAW OFFICES, CHTD.**
> 623 West Hays Street
> Boise, Idaho  83702
> Telephone:     (208) 345-7100
> Facsimile:      (208) 345-0050
> E-Mail: pgordon@gordonlawoffices.com

DATED:  **August 14, 2006**

_____
Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 2